Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
GREGORY ROSS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>TERRY ROBERSON, et al.,<br><br>                    Defendants. | No. 2:10-CR-0211 KJN<br><br>**STIPULATION AND ORDER TO CONTINUE GREGORY ROSS' CHANGE OF PLEA, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jared Dolan, Assistant United States Attorney, attorney for plaintiff; and Michael Hansen, attorney for defendant Gregory Ross, that the previously-scheduled change of plea date of May 4, 2011, be vacated and the matter set for change of plea on May 18, 2011.

This continuance is requested to allow defense counsel additional time within which to receive the executed original of the plea agreement from defendant Gregory Ross.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through May 18, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1

**Stipulation and [Proposed] Order to Continue Gregory Ross' Change of Plea**

Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).

Dated: May 3, 2011                                    Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
GREGORY ROSS

Dated: May 3, 2011                                    /s/ Michael E. Hansen for
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the previously-scheduled change of plea date of May 4, 2011, be vacated and the matter set for change of plea on May 18, 2011. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

DATED: May 3, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2

**Stipulation and [Proposed] Order to Continue Gregory Ross' Change of Plea**