1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   GREGORY ROSS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      vs.<br><br>GREGORY ROSS,<br><br>              Defendant. | No. 2:10-CR-00211 KJN<br><br>**STIPULATION AND ORDER TO CONTINUE GREGORY ROSS' JUDGMENT AND SENTENCING** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jared Dolan, Assistant United States Attorney, attorney for plaintiff, and Michael Hansen, attorney for defendant Gregory Ross, that the previously-scheduled judgment and sentencing date of February 8, 2012, be vacated and the matter set for judgment and sentencing on March 7, 2012, at 9:00 a.m.

This continuance is requested to allow U.S. Probation additional time to prepare the presentence investigation report.

IT IS SO STIPULATED.

Dated:  February 2, 2012                                Respectfully submitted,

                                                        /s/ Michael E. Hansen
                                                        MICHAEL E. HANSEN
                                                        Attorney for Defendant
                                                        GREGORY ROSS

1

**Stipulation and [Proposed] Order to Continue Gregory Ross' Judgment and Sentencing**

Dated: February 2, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael E. Hansen for
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the previously-scheduled judgment and sentencing date of February 8, 2012, be vacated and the matter set for judgment and sentencing on March 7, 2012, at 9:00 a.m.

**Date: 2/3/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**Stipulation and [Proposed] Order to Continue Gregory Ross' Judgment and Sentencing**