Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
GREGORY ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>GREGORY ROSS,<br><br>                    Defendant. | No. 2:10-CR-00211 KJN<br><br>**STIPULATION AND ORDER TO CONTINUE GREGORY ROSS' JUDGMENT AND SENTENCING** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jared Dolan, Assistant United States Attorney, attorney for plaintiff, and Michael Hansen, attorney for defendant Gregory Ross, that the previously-scheduled judgment and sentencing date of April 25, 2012, be vacated and the matter set for judgment and sentencing on May 9, 2012, at 9:00 a.m.

This continuance is requested due to Michael Hansen's unavailability as he is presently in trial.

IT IS SO STIPULATED.

Dated:  April 20, 2012                              Respectfully submitted,

                                                    /s/ Michael E. Hansen
                                                    MICHAEL E. HANSEN
                                                    Attorney for Defendant
                                                    GREGORY ROSS

/ / / / /

/ / / / /

1

**Stipulation and [Proposed] Order to Continue Gregory Ross' Judgment and Sentencing**

Dated:  April 20, 2012                        BENJAMIN B. WAGNER
                                              United States Attorney

                                              By:  /s/ Michael E. Hansen for
                                              JARED DOLAN
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the previously-scheduled judgment and sentencing date of April 25, 2012, be vacated and the matter set for judgment and sentencing on May 9, 2012, at 9:00 a.m.

**Date:  4/23/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**Stipulation and [Proposed] Order to Continue Gregory Ross' Judgment and Sentencing**